IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

CASE NO. 1:19MC20

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ON POINT GLOBAL LLC, limited liability company,
d/b/a ON POINT, et al.,

    Defendants,

_____/

J. BARRETT

MJ. LITKOVITZ



### NOTICE OF FILING COMPLAINT AND APPOINTMENT ORDERS ENTERED IN PENDING RECEIVERSHIP ACTION

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 754, Melanie Damian, by and through her counsel of record, in her capacity as Temporary Receiver for the following entities and individuals:

    1) On Point Global LLC;

    2) On Point Employment LLC;

    3) On Point Guides LLC f/k/a Rogue Media Services LLC;

    4) DG DMV LLC;

    5) On Point Domains LLC;

    6) Final Draft Media LLC;

    7) Waltham Technologies LLC;

    8) Cambridge Media Series LLC f/k/a License America Media Series LLC;

    9) Issue Based Media LLC;

    10) Bella Vista Media Ltd. also d/b/a BV Media;

11) Carganet S.A. also d/b/a G8 Labs;

12) Dragon Global LLC;

13) Dragon Global Management LLC;

14) Dragon Global Holdings LLC;

15) Direct Market LLC;

16) Bluebird Media, LLC;

17) Borat Media LLC;

18) Bring Back the Magic Media LLC;

19) Chametz Media LLC;

20) Chelsea Media LLC;

21) Coinstar Media LLC;

22) Domain Development Studios LLC;

23) Domain Dividends Media LLC;

24) Eagle Media LLC;

25) Falcon Media LLC;

26) GNR Media LLC;

27) Island Media LLC;

28) Leatherback Media Group LLC;

29) Macau Media LLC;

30) CEG Media LLC f/k/a Matzoh Media LLC;

31) MBL Media Ltd. Inc.;

32) Orange and Blue Media LLC;

33) Orange Grove Media LLC;

34) Panther Media LLC;

35) Pirate Media LLC;

36) Pivot Media Group LLC;

37) PJ Groove Media LLC;

38) Sandman Media Group LLC;

39) Shadow Media LLC;

40) Skylar Media LLC;

41) Slayer Billing LLC;

42) Spartacus Media LLC;

43) Very Busy Media LLC;

44) Wasabi Media LLC;

45) Yamazaki Media LLC;

46) Bronco Family Holdings LP a/k/a Bronco Holdings Family LP;

47) BAL Family LP;

48) Cardozo Holdings LLC;

49) 714 Media Ltd.;

50) Mac Media Ltd.;

51) On Point Capital Partners LLC;

52) License America Management LLC;

54) License America Holdings LLC;

55) Blackbird Media LLC

56) Burton Katz

57) Brent Levison

58) Robert Zangrillo

59) Arlene Mahon

3

    60) Elisha Rothman

    61) Christopher Sherman

(collectively, "Receivership Defendants") has been appointed in the matter of *Federal Trade Commision Commission v. On Point Global LLC, et al.,* United States District Court for the Southern District of Florida, Case No. 1:19-cv-25046-RNS ("Receivership Action"), in her capacity as Temporary Receiver hereby files the complaint and the appointment order in the Receivership Action in this district in which assets of the receivership estate may be located. The Receiver is requesting that a miscellaneous civil case number be issued based on the filing of this Notice in this district. A conformed copy of the complaint in the Receivership Action is attached hereto as Exhibit "1," and a conformed copy of the Temporary Restraining Order and Order to Show Cause is attached hereto as Exhibit "2." The Court ordered the seal lifted on December 20, 2019.

    This filing is made pursuant to 28 U.S.C. §754, which states in pertinent part:

> Such receiver shall, within ten days after the entry of her order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located. The failure to file such copies in any district shall divest the receiver of jurisdiction and control over all such property in that district.

    Respectfully submitted this 23rd day of December, 2019.

                                         **DAMIAN & VALORI, LLP**
*Counsel for Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*/s/ Kenneth Dante Murena*
KENNETH DANTE MURENA, P.A.
FLORIDA BAR NO. 147486